IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0794 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| EDMUND DESHAWN DENEILIOM, | |
| Defendant. | |

Defendant has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. § 2255. The government is **ORDERED TO SHOW CAUSE** within **SIXTY CALENDAR DAYS** why the motion should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. If the government opposes the motion, defendant shall have **THIRTY CALENDAR DAYS** from submission of the opposition to reply. The Clerk shall serve this order upon defendant and the United States.

**IT IS SO ORDERED.**

Dated: August 8, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE